UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                    :

        -against-                                           :           97 Cr. 1293 (WHP)

Peter Rollack,                                            :           ORDER
                       Defendant.           :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The Government is to reply to Defendant's letter, ECF no. 341 by June 19, 2020.

Dated: May 29, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.