UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                          :

          -against-                                    :          97 Cr. 1293 (WHP)

Peter Rollack,                                                  :          <u>ORDER</u>
                       Defendant.           :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

       The Government is to reply to Defendant's letter, ECF no. 355 by July 2, 2021. Chambers staff will mail a copy of this Order to defendant.

Dated: June 10, 2021
       New York, New York

                                 SO ORDERED:

                                 _____
                                 WILLIAM H. PAULEY III
                                    U.S.D.J.